UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED
JAN 3 0 2002
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

| | |
|---|---|
| THOMAS L. MONK, | ) |
| Plaintiff, | ) |
| v. | ) CV-S-02-008-PMP(LRL) |
| UNITED STATES OF AMERICA, | ) MINUTE ORDER |
| Defendant. | ) |
| | ) Dated: January 29, 2002 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:  Carol DePino    RECORDER:                 None

COUNSEL FOR PLAINTIFF(S): _____ None Appearing _____

COUNSEL FOR DEFENDANT(S): _____ None Appearing _____

Before the court are Monk's Appeal of Determination of Collection Due Process Hearing Pursuant to 26 USC 6320 (#1) and Motion That This Court Declare Invalid the IRS "Determination" at Issue (#2), filed on January 3, 2002. The court's file contains no proof that Monk served the United States with either filing. The court will not consider Monk's filings unless and until Monk proves that the United States has been served.

IT IS SO ORDERED.

*/s/ Leavitt*

LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE

3