DANIEL BOGDEN
United States Attorney
District of Nevada
333 Las Vegas Blvd., South Ste. 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336

KEITH S. BLAIR
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-0977



IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS L. MONK, ) | Civil No. CV-S-02-0008-PMP-LRL |
| Plaintiff, ) | |
| v. ) | UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

The United States of America, by and through its undersigned counsel, hereby moves this Court for an Order extending the time within which it must respond to the Plaintiff's Complaint until May 24, 2002. In support of this motion, the United States submits the following:

1. The Complaint was served on the United States on February 13, 2002. The United States' answer is currently due on April 9, 2002.

2. The requested extension of time will permit the Department of Justice to gather the administrative files and other relevant information from the Internal Revenue Service.

1  3. By moving for an extension of time, the United States does not waive any defenses listed in Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, the United States requests that its motion be granted and it be given until May 24, 2002 to respond to the Plaintiff's complaint.

Respectfully submitted,

DANIEL BOGDEN
United States Attorney

*/s/ Keith S. Blair*
KEITH S. BLAIR
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0977

IT IS SO ORDERED:

DATED: _____    _____
                               United States District Judge

-2-

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT has been made this 4th day of April 2002, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

>	Thomas L. Monk
>	5130 E. Charleston, #124
>	Las Vegas, NV 89142

*Keith S. Blair*
KEITH S. BLAIR
Trial Attorney, Tax Division
U.S. Department of Justice

- 3 -